# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CLARENCE RUDOLPH,** ) | |
| ) | |
| Petitioner ) | |
| ) | |
| vs. ) | |
| ) | **Civil Action No. CV 06-S-4813-S** |
| **WARDEN KENNETH JONES and** ) | |
| **THE ATTORNEY GENERAL OF** ) | |
| **THE STATE OF ALABAMA,** ) | |
| ) | |
| Respondents ) | |

## FINAL JUDGMENT

On December 7, 2006, the magistrate judge's report and recommendation was entered and the parties were allowed therein eleven (11) days in which to file objections to the recommendations made by the magistrate judge. No objections have been filed by the petitioner or the respondents.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report and ACCEPTS the recommendations of the magistrate judge. Accordingly, it is ORDERED, ADJUDGED and DECREED that the petition for writ of habeas corpus is DENIED.

DONE 9th day of March, 2007.

_____
United States District Judge