## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **CLARENCE RUDOLPH,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| **vs.** ) | |
| ) | **Case No. CV 06-S-4813-S** |
| **WARDEN KENNETH JONES and** ) | |
| **THE ATTORNEY GENERAL OF** ) | |
| **THE STATE OF ALABAMA,** ) | |
| ) | |
| **Respondents.** ) | |

## FINAL JUDGMENT

On December 7, 2006, the magistrate judge's report and recommendation was entered and the parties were allowed therein eleven (11) days in which to file objections to the recommendations made by the magistrate judge. On April 16, 2007, petitioner filed objections to the magistrate judge's report and recommendation.[1]

After careful consideration of the record in this case, the magistrate judge's report and recommendation and petitioner's objections thereto, the court ADOPTS the report and ACCEPTS the recommendations of the magistrate judge.

It is therefore ORDERED, ADJUDGED and DECREED that the petition for writ of habeas corpus is DENIED.

DONE this 7th day of May, 2007.

_____
United States District Judge

---

[1] A final judgment adopting and accepting the report and recommendation was entered on March 9, 2007. The judgment was vacated on April 6, 2007, on petitioner's motion, based on his claim that he never received a copy of the report and recommendation. Petitioner was given an additional fifteen days from the date of the vacating order in which to file objections.